No. 94–7128. ARMSTRONG v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 94–7146. QUIGLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–7149. MARQUARD v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–7162. ANDERSON v. HUMANA, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–7206. CHISCHILLY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7210. WHITE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7213. BONASIA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 94–7215. TUESTA TORO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 94–7218. WAGONER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–7219. BEIL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–7221. TREUR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7224. RIVERA-SANTIAGO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 94–7225. WILLIAMS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–7227. SCOTT v. HALL ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–7228. ASHBY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7229. ACOSTA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.